FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIENCES,<br><br>Defendant. | No.    1:19-cv-03219-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Stipulation and Protective Order, ECF No. 34. Having reviewed the parties' stipulation and the terms of the proposed protective order, the Court finds good cause to adopt the proposed order that will govern discovery in this matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Protective Order, **ECF No. 34**, is **ACKNOWLEDGED** and **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 26(c), the parties' proposed Protective Order, **ECF No. 34**, is **APPROVED**, **ADOPTED**, and

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

**INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 27th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 2