**The Honorable Salvador Mendoza Jr.**

Brian Davis, WSBA #43521
Leavy, Shultz, Davis P.S.
2415 W. Falls Avenue
Kennewick, WA 99336
Tel: (509) 736-1330
Fax: (509) 736-1580
Attorney for Plaintiff

Tracy M. Miller, WSBA #24281
Joshua M. Howard, WSBA #52189
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
(206) 224-8097 - Direct
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH JACKSON,<br><br>      Plaintiff,<br><br>v.<br><br>PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIENCES, a Washington public benefit corporation,<br><br>      Defendant. | CASE NO. 1:19-CV-3219 SMJ<br><br>**NOTICE OF SETTLEMENT** |

TO:  THE HONORABLE SALVADOR MENDOZA JR.

AND TO:  CLERK OF THE COURT

      Notice is hereby given that all claims against all parties in this action have been resolved after the parties participated in a second mediation with Magistrate Judge Mary K. Dimke. The parties are currently working on memorializing their

settlement in a written agreement, and jointly request that all trials, hearings, or other deadlines in this matter be stricken. This notice is being filed with the consent of all parties.

If separate Stipulated Dismissal is not filed within 45 days after this Notice of Settlement, the parties hereby stipulate that this Notice of Settlement may serve as the Stipulated Dismissal and this matter may be dismissed, with prejudice, and with each party bearing its own costs and fees pursuant to LCivR 41(a)(1)(B).

DATED this 25th day of February 2021.

**KARR TUTTLE CAMPBELL**

*/s/ Joshua M. Howard*
Tracy M. Miller, WSBA #24281
Joshua M. Howard, WSBA #52189
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
(206) 223-1313
(206) 682-7100 Fax
tmiller@karrtuttle.com
jhoward@karrtuttle.com
Attorneys for Pacific Northwest University

**LEAVY, SHULTZ, DAVIS**

*/s/ Brian Davis*
Brian Davis, WSBA #43521
Leavy, Shultz, Davis P.S.
2415 W. Falls Avenue
Kennewick, WA 99336
Tel: (509) 736-1330
Fax: (509) 736-1580
Attorney for Plaintiff Elizabeth Jackson

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on February 25, 2021 the foregoing document was |
| 3 | electronically filed with the United States District Court's electronic filing system, |
| 4 | which caused notification of such filing to all attorneys of record. |
| 5 | |
| 6 | Executed on this 25th day of February, 2021, at Seattle, Washington. |
| 7 | |
| 8 | *s/Jan Likit* |
|   | Jan Likit |
| 9 | Litigation Legal Assistant |

**NOTICE OF SETTLEMENT** - 3
CASE NO. 1:19-CV-3219 SMJ