FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH JACKSON,<br><br>                Plaintiff,<br><br>v.<br><br>PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIENCES, a Washington public benefit corporation,<br><br>                Defendant. | No.   1:19-cv-03219-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 16, 2021, the parties filed a stipulated dismissal, ECF No. 67. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion to Dismiss, **ECF No. 67**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

  5. The Clerk's Office is directed to **CLOSE** this file.

  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

  **DATED** this 17th day of March 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2